The judgment is reversed and the cause remanded.

## HALL v. STATE.
### No. 18374.

Court of Criminal Appeals of Texas.
May 20, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of an automobile is the offense; penalty assessed at confinement in the penitentiary for 5 years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.